No. 93–7004.  LONG v. FAUVER, COMMISSIONER, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–7014.  STEEN v. DETROIT POLICE DEPARTMENT ET AL. C. A. 6th Cir.  Certiorari denied.

No. 93–7015.  DE VONE v. BATCHELOR ET AL.  C. A. 4th Cir. Certiorari denied.

No. 93–7016.  BREWER ET AL. v. WILKINSON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–7018.  NOTTINGHAM v. UNITED STATES;
No. 93–7214.  CARROLL v. UNITED STATES; and
No. 93–7215.  JOHNSON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 93–7020.  KATSCHOR v. GRAYSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 93–7024.  ORTIZ v. DUNCAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–7030.  ROBINSON v. SCHWEIER.  C. A. 7th Cir.  Certiorari denied.

No. 93–7033.  SCHWARZ v. CHURCH OF SCIENTOLOGY.  C. A. 10th Cir.  Certiorari denied.

No. 93–7035.  ANDERSON v. BUCHANAN ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 93–7036.  DOVE v. WATERS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–7038.  OSBORNE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–7041.  CARRANZA v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 93–7043.  MASON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.